# 595

Before the First Division, March 3, 1939

**No. 40747.**—Protests 628951–G, etc., of Kienzler Co., Inc. (New York).

Opinion by BROWN, J.  On the authority of *Wile* v. *United States* (T. D. 49494) the claim at 35 percent under paragraph 775 was sustained.  McClelland, P. J., dissented.

**No. 40748.**—Protest 479682–G of Solomon Rothschild (New York).

Opinion by BROWN, J.  Following *Willet* v. *United States* (T. D. 48134) and Abstract 40403 the court held the Gobelin tapestry in question free of duty under paragraph 1812 as claimed.  McClelland, P. J., dissented.